UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Thomas A Maslowski

Case No.: 19-21722
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Barry W. Frost_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C Ferguson___ on ___August 20, 2019___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
19 Mervine Place
Hamilton, NJ
Value: $160,000.00
1534 Princeton Ave, Trenton, NJ
Value: $60,000.00

Liens on property:
Bank of America
$87,806.00
Ditech
$48,195.00
PNC Mortgage
$73,809.00

Amount of equity claimed as exempt: $4,006.00

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost, Chapter 7 Trustee
Address: 3131 Princeton Pike, Bldg 5, Suite 110
Telephone No.: (609) 890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas A. Maslowski  
    Debtor

Case No. 19-21722-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jul 17, 2019  
    Form ID: pdf905    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.

```
db              +Thomas A. Maslowski,    PO Box 3278,    Mercerville, NJ 08619-0278
cr              +MBC Ventures, LLC,    P. O. Box 6783,    Greenville, SC 29606-6783
cr              +SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.,    c/o Saldutti Law Group,
                  800 N. Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
518297383       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998)
518297386       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518297387       +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
518297390       +MBC Ventures, LLC,    c/o Phillip D. Berger, Esquire,    919 Conestoga Road Bld. 3, Suite 114,
                  Rosemont, PA 19010-1352
518297392       +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518297395       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518297399       +Santander Bank,    c/o Saldutti Law Group,    800 N. Kings Highway Suite 300,
                  Cherry Hill, NJ 08034-1511
518297401       +Universal Supply Company,    292 Third Street,    Trenton, NJ 08611-3004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 23:54:24      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 23:54:23      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518297384       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 23:52:00      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518297389       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 17 2019 23:54:09      Ditech,    Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
518297391       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2019 23:54:23      Midland Funding,
                  2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
518297396        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 23:52:30
                  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
518298105       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 23:52:18      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518297400       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 23:52:18      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518297385*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518297388*      +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
518297393*      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518297394*      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518297397*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                  Norfold, VA 23502)
518297398*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                  Norfold, VA 23502)
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                        Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: pdf905          Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew Thomas Archer     on behalf of Debtor Thomas A. Maslowski aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Barry  Frost    trustee@teichgroh.com,    NJ94@ecfcbis.com;frost@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip D. Berger    on behalf of Creditor    MBC Ventures, LLC Berger@BergerLawPC.com
              Rebecca K. McDowell    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
               rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```