UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Thomas A. Maslowski

Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case Number: | 19-21722 |
| Hearing Date: | 7/23/19 |
| Judge: | KCF |
| Chapter: | 7 |

| Recommended Local Form: | Followed | Modified |
|---|---|---|

## ORDER ON MOTION TO AVOID LIENS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 22, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:           Thomas A. Maslowski
Case No:          19-21722-KCF
Caption of Order: Order on Motion to Avoid Liens

    Upon consideration of Debtor, Thomas A. Maslowski, by and through Counsel, Motion to Avoid Liens and for good cause shown, it is hereby;

**ORDERED** as follows:

1.    The lien held by Midland Funding LLC, DJ-199028-18 is hereby avoided.

2.    The lien held by Santander Bank, DJ-048183-17 is hereby avoided.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas A. Maslowski  
    Debtor

Case No. 19-21722-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Aug 22, 2019  
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.  
db　　　　+Thomas A. Maslowski,　　PO Box 3278,　　Mercerville, NJ 08619-0278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:  
    Andrew M. Lubin   on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
    Andrew Thomas Archer    on behalf of Debtor Thomas A. Maslowski aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
    Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com;frost@remote7solutions.com  
    Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Phillip D. Berger   on behalf of Creditor   MBC Ventures, LLC Berger@BergerLawPC.com  
    Rebecca K. McDowell   on behalf of Creditor   SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7