Official Form 417A (12/15)

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Creditor Santander Bank, N.A. |

| | |
|---|---|
| In Re:<br><br>Thomas Maslowski,<br><br>                       Debtor. | Case No.: 19-21722-KCF<br><br>Chapter: 7<br><br>Judge: Hon. Kathryn C. Ferguson |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   **Santander Bank, N.A.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff<br>☐ Defendant<br>☐ Other (describe) _____ | ☐ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe) _____ |

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

   **Order Granting Debtor's Motion to Avoid Judgment Lien**

2. State the date on which the judgment, order, or decree was entered:

   **August 22, 2019**

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Santander Bank, N.A.**   Attorney:   **Rebecca K. McDowell, Esq.
   Saldutti Law Group
   800 Kings Highway N., Suite 300
   Cherry Hill, NJ 08034
   (856) 779-0300**

2. Party: **Thomas Maslowski**   Attorney:   **Andrew Thomas Archer, Esq.
   Kenneth J. Borger, Esq.
   Brenner, Spiller & Archer
   175 Richey Ave.
   W. Collingswood, NJ 08107**

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Rebecca K. McDowell*   Dated: August 30, 2019
Signature of attorney for appellant(s) (or
appellant(s) if not represented by an attorney)

Name, address, and telephone number of
attorney (or appellant(s) if not represented by
an attorney):

    **Rebecca K. McDowell, Esq.**
    **Saldutti Law Group**
    **800 Kings Highway N., Suite 300**
    **Cherry Hill, NJ 08034**
    **(856) 779-0300**

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.