| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Thomas A. Maslowski | Social Security number or ITIN    xxx–xx–8706 |
|  | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–21722–KCF | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas A. Maslowski
aka Tomasz Maslowski

9/30/19                                    **By the court:**    Kathryn C. Ferguson
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                          Case No. 19-21722-KCF
Thomas A. Maslowski                                             Chapter 7
       Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0312-3          User: admin                 Page 1 of 2              Date Rcvd: Sep 30, 2019
                              Form ID: 318                Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db             +Thomas A. Maslowski,    PO Box 3278,    Mercerville, NJ 08619-0278
cr             +MBC Ventures, LLC,    P. O. Box 6783,    Greenville, SC 29606-6783
cr             +SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.,     c/o Saldutti Law Group,
                 800 N. Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
518297390      +MBC Ventures, LLC,    c/o Phillip D. Berger, Esquire,     919 Conestoga Road Bld. 3, Suite 114,
                 Rosemont, PA 19010-1352
518297395      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518297399      +Santander Bank,    c/o Saldutti Law Group,    800 N. Kings Highway Suite 300,
                 Cherry Hill, NJ 08034-1511
518297401      +Universal Supply Company,    292 Third Street,    Trenton, NJ 08611-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2019 01:38:53      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2019 01:38:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518297383       EDI: BANKAMER.COM Oct 01 2019 05:08:00      Bank of America,    Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998
518297384      +EDI: CAPITALONE.COM Oct 01 2019 05:08:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518297386      +EDI: CHASE.COM Oct 01 2019 05:08:00      Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
518297387      +EDI: CITICORP.COM Oct 01 2019 05:08:00      Citibank,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 790040,    Saint Louis, MO 63179-0040
518297389      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 01 2019 01:38:37      Ditech,   Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
518297391      +EDI: MID8.COM Oct 01 2019 05:08:00      Midland Funding,    2365 Northside Dr,   Suite 300,
                 San Diego, CA 92108-2709
518297392      +EDI: NAVIENTFKASMSERV.COM Oct 01 2019 05:08:00      Navient,   Attn: Bankruptcy,   Po Box 9000,
                 Wiles-Barr, PA 18773-9000
518297396       EDI: PRA.COM Oct 01 2019 05:08:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
518298105      +EDI: RMSC.COM Oct 01 2019 05:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518297400      +EDI: RMSC.COM Oct 01 2019 05:08:00      Synchrony Bank/Lowes,    Attn:  Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518297385*     +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518297388*     +Citibank,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
518297393*     +Navient,   Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518297394*     +Navient,   Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518297397*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,   120 Corporate Blvd,
                 Norfold, VA 23502)
518297398*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,   120 Corporate Blvd,
                 Norfold, VA 23502)
                                                                                     TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 30, 2019
                              Form ID: 318             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew Thomas Archer     on behalf of Debtor Thomas A. Maslowski aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Barry   Frost    trustee@teichgroh.com,   NJ94@ecfcbis.com;frost@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip D. Berger    on behalf of Creditor    MBC Ventures, LLC Berger@BergerLawPC.com
              Rebecca K. McDowell     on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
               rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```