**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:** _____

_____

**Location of Hearing:**  Courtroom No. \_\_\_\_\_

_____

_____

_____

**Date and Time:** _____, or as soon thereafter as counsel may be heard.

THE DEBTOR(S) MAY CONTACT THE COURT VIA EMAIL chambers_of_KCF@njb.uscourts.gov OR VIA TELEPHONE (609) 858-9351 WITHIN 5 DAYS OF THE HEARING DATE FOR INSTRUCTIONS REGARDING TELEPHONIC APPEARANCE

**COURT APPEARANCES:**  ☒ **ARE REQUIRED**    ☐ **ARE NOT REQUIRED**

DATE: _____    JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*