# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-21722 |
|---|---|---|
| Thomas A. Maslowski | Hearing Date: | |
| | Chapter: | 7 |
| | Judge: | Kathryn C. Ferguson |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Kathryn C. Ferguson__, United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference: (Remand) Motion to Avoid Lien of Midland Funding, LLC and Santander Bank, NA

**Location of Hearing:** Courtroom No. 2
US Bankruptcy Court
402 East State Street
Trenton. NJ 08608

**Date and Time:** October 27, 2020 at 2:30p.m., or as soon thereafter as counsel may be heard.

THE DEBTOR(S) MAY CONTACT THE COURT VIA EMAIL chambers_of_KCF@njb.uscourts.gov OR VIA TELEPHONE (609) 858-9351 WITHIN 5 DAYS OF THE HEARING DATE FOR INSTRUCTIONS REGARDING TELEPHONIC APPEARANCE

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: October 5, 2020

JEANNE A. NAUGHTON, Clerk

By: Geraldine Holley-Mack
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __October 5__, 20__20__ this notice was served on the following: Debtor, Debtor's Attorney and Santander Bank, NA

JEANNE A. NAUGHTON, Clerk

By: Geraldine Holley-Mack
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas A. Maslowski  
    Debtor(s)

Case No. 19-21722-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 05, 2020      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas A. Maslowski, PO Box 3278, Mercerville, NJ 08619-0278 |
| cr | + | SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A., c/o Saldutti Law Group, 800 N. Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Bank of America N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew Thomas Archer | on behalf of Debtor Thomas A. Maslowski aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Barry Frost | trustee@teichgroh.com NJ94@ecfcbis.com;frost@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Phillip D. Berger | on behalf of Creditor MBC Ventures LLC Berger@BergerLawPC.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 05, 2020 | Form ID: pdf900 | Total Noticed: 2 |

Rebecca K. McDowell
    on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7