UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

**Order Filed on January 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Thomas Maslowski

| | |
|---|---|
| Case Number: | 19-21722 |
| Hearing Date: | 12/9/2020 |
| Judge: | KCF |
| Chapter: | 7 |

Recommended Local Form:    Followed    Modified

# ORDER RESOLVING MOTION TO VOID LIENS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 13, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:          Thomas Maslowski
Case No:         19-21722
Caption of Order:    Order Granting Motion to Void Liens

Upon consideration of the Motion to Void Lien by Debtor, Thomas Maslowski, by and through Counsel, and the Court's noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown, it is hereby;

**ORDERED** as follows:

1.     The amount of the judicial lien held by creditor, Santander Bank, N.A., on the property commonly known as 1534 Princeton Ave, Trenton, NJ 08638, shall remain attached to the property in the amount of $10,500.00 and is hereby avoided as to the balance.