Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                  Case No.: 19–21722–KCF
                                                  Chapter: 7
                                                  Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Thomas A. Maslowski
  aka Tomasz Maslowski
  PO Box 3278
  Mercerville, NJ 08619

Social Security No.:
  xxx–xx–8706

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 2, 2021</u>                  <u>Kathryn C. Ferguson</u>
                                                  Judge, United States Bankruptcy Court