UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

**Order Filed on October 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Thomas A. Maslowski

| | |
|---|---|
| Case Number: | 19-21722 |
| Hearing Date: | 7/23/19 |
| Judge: | KCF |
| Chapter: | 7 |

Recommended Local Form:      Followed      Modified

AMENDED
**ORDER ON MOTION TO AVOID LIENS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 5, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Thomas A. Maslowski
Case No: 19-21722-KCF
Caption of Order: Order on Motion to Avoid Liens

Upon consideration of Debtor, Thomas A. Maslowski, by and through Counsel, Motion to Avoid Liens and for good cause shown, it is hereby;

**ORDERED** as follows:

1. The lien held by Midland Funding LLC, DJ-199028-18 is hereby avoided. The lien shall no longer be attached to the property located at 1534 Princeton Ave, Trenton, NJ 08638, and the underlying debt is reclassified to wholly unsecured, which is subject to discharge in the underlying bankruptcy.

2. The amount of the judicial lien held by creditor, Santander Bank, N.A., on the property commonly known as 1534 Princeton Ave, Trenton, NJ 08638, shall remain attached to the property in the amount of $10,500.00 and is hereby avoided as to the balance.

Date: _____

_____
Hon. Kathryn C. Ferguson