UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Thomas A. Maslowski

Order Filed on October 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case Number: | 19-21722 |
| Hearing Date: | 7/23/19 |
| Judge: | KCF |
| Chapter: | 7 |

Recommended Local Form:      Followed      Modified

# AMENDED
# ORDER ON MOTION TO AVOID LIENS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 5, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:            Thomas A. Maslowski
Case No:           19-21722-KCF
Caption of Order:  Order on Motion to Avoid Liens

Upon consideration of Debtor, Thomas A. Maslowski, by and through Counsel, Motion to Avoid Liens and for good cause shown, it is hereby;

**ORDERED** as follows:

1. The lien held by Midland Funding LLC, DJ-199028-18 is hereby avoided. The lien shall no longer be attached to the property located at 1534 Princeton Ave, Trenton, NJ 08638, and the underlying debt is reclassified to wholly unsecured, which is subject to discharge in the underlying bankruptcy.

2. The amount of the judicial lien held by creditor, Santander Bank, N.A., on the property commonly known as 1534 Princeton Ave, Trenton, NJ 08638, shall remain attached to the property in the amount of $10,500.00 and is hereby avoided as to the balance.

Date: _____          _____

                                                Hon. Kathryn C. Ferguson

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21722-KCF |
| Thomas A. Maslowski | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 05, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas A. Maslowski, PO Box 3278, Mercerville, NJ 08619-0278 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021           Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

**Name**              **Email Address**

Andrew M. Lubin
                      on behalf of Creditor Bank of America  N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Andrew Thomas Archer
                      on behalf of Debtor Thomas A. Maslowski aarcher@spillerarcherlaw.com
                      bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Barry Frost
                      trustee@teichgroh.com  NJ94@ecfcbis.com;frost@remote7solutions.com

Denise E. Carlon
                      on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Phillip D. Berger
                      on behalf of Creditor MBC Ventures  LLC Berger@BergerLawPC.com

Rebecca K. McDowell

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Oct 05, 2021     Form ID: pdf903     Total Noticed: 1

on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7